UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 04 - 20322 CR - GOLD

18 U.S.C. § 844(e)

MAGISTRATE JUDGE
SIMONTON

UNITED STATES OF AMERICA

v.

PEDRO MARTINEZ,

    Defendant.
_____/

## INDICTMENT

The Grand Jury charges that:

On or about March 24, 2003, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

PEDRO MARTINEZ,

did knowingly, through the use of the mail, maliciously convey false information knowing the same to be false, concerning an attempt being made, and to be made, to unlawfully damage and destroy a building by means of fire and explosives, that is, a courthouse in Miami, Florida; in violation of Title 18, United States Code, Section 844(e).

A TRUE BILL

_____
FOREPERSON

_____
MARCOS DANIEL JIMENEZ
UNITED STATES ATTORNEY

_____
JOHN C. SCHLESINGER
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

vs.

PEDRO MARTINEZ

_____/

CASE NO. 04-20322-CR-GOLD

**CERTIFICATE OF TRIAL ATTORNEY***

Superseding Case Information:

MAGISTRATE JUDGE
SIMONTON

**Court Division:** (Select One)

_X_ Miami      ___ Key West
___ FTL        ___ WPB       ___ FTP

New Defendant(s)                Yes ___    No ___
Number of New Defendants        ___
Total number of counts          ___

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:    (Yes or No)    Yes
   List language and/or dialect    Spanish

4. This case will take    _2_    days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                               (Check only one)

   I    0 to 5 days        _X_         Petty       ___
   II   6 to 10 days       ___         Minor       ___
   III  11 to 20 days      ___         Misdem.     ___
   IV   21 to 60 days      ___         Felony      _X_
   V    61 days and over   ___

6. Has this case been previously filed in this District Court? (Yes or No)    No
   If yes:
   Judge: _____    Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?    (Yes or No)    No
   If yes:
   Magistrate Case No.                    _____
   Related Miscellaneous numbers:         _____
   Defendant(s) in federal custody as of  _____
   Defendant(s) in state custody as of    _____
   Rule 20 from the _____    District of _____

   Is this a potential death penalty case? (Yes or No)    No

7. Does this case originate from a matter pending in the U.S. Attorney's Office prior to April 1, 2003?  _X_ Yes    ___ No

8. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999?  ___ Yes   _X_ No
   If yes, was it pending in the Central Region?    ___ Yes    ___ No

9. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?    ___ Yes   _X_ No

10. Does this case originate from a matter pending in the Narcotics Section (Miami) prior to May 18, 2003?    ___ Yes   _X_ No

JOHN C. SCHLESINGER
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 788716

*Penalty Sheet(s) attached

REV.1/14/04

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendant's Name: <u>PEDRO MARTINEZ</u>

Case No: _____

Count #: 1

<u>Threatening to damage and destroy a building by fire and explosives</u>
<u>18 U.S.C. §844(e)</u>

* Max.Penalty: <u>Ten (10) years imprisonment</u>



**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

Grand Jury Indictment # 0314-mcn-0141

FGJ #03-04(MIA)

No_____

# UNITED STATES DISTRICT COURT

___SOUTHERN___ District of ___FLORIDA___

THE UNITED STATES OF AMERICA

vs.

Pedro Martinez,

Defendant.

## INDICTMENT

18 USC § 844(e)
18 USC § 876

A true bill.

_____
Foreman

FGJ # 03-04 (MIA)

Filed in open court this _____ day,

of _____ A.D. 2004

_____
Clerk

Bail, $ _____

FORM DBD-34
JUN. 85