AO 442     (Rev. 10/03)  Warrant for Arrest

# UNITED STATES DISTRICT COURT

_____ District of _____

UNITED STATES OF AMERICA

V.

PEDRO MARTINEZ

**WARRANT FOR ARREST**

Case Number:

FILED by _____ D.C.
MAG. SEC.

MAY 21 2004

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. · MIAMI

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest     **PEDRO MARTINEZ**
                                                                                   Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice

charging him or her with   (brief description of offense)

Threatening to damage and destroy a building by fire and explosives, and mailing threatening communications,

in violation of Title ____18____ United States Code, Section(s) ____844(e)____

CLARENCE MADDOX
Name of Issuing Officer

COURT ADMINISTRATOR/CLERK OF THE COURT
Title of Issuing Officer

Signature of Issuing Officer

Miami, Florida   5-21-04
Date and Location

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

## UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA

**BOND RECOMMENDATION**

DEFENDANT: __Pedro Martinez__

　　　　　__Pre-trial Detention__
(Surety) (Recognizance) (Corp. Surety) (Cash) (Jail)
(CSB) (No Bond) (Warrant) (Summons) (Marshal's Custody)


By: _____
　　John Schlesinger
　　ASSISTANT UNITED STATES ATTORNEY


Last Known Address: __1601 S.W. 187 Avenue__

　　　　　　　　　　__Miami, FL 33185__

What Facility: __Everglades Correctional Institution__

Agent(s): __Special Agent Angel Martinez__

　　　　　__Federal Bureau of Investigation__

　　　　　(FBI)　(SECRET SERVICE)　(DEA)　(IRS)　(CUSTOMS)　(**OTHER**)