UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 04-20322-CR-GOLD

FILED by _CM_ D.C.
MAG. SEC.
JUL - 1 2004
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

UNITED STATES OF AMERICA,

vs.

PEDRO MARTINEZ

        Defendant.
_____/

**ARRAIGNMENT INFORMATION SHEET**

Jail No : 63717-004

Language: Spanish

The above-named Defendant appeared before **Magistrate Judge Andrea M. Simonton**, where the Defendant was arraigned and a plea of not guilty was entered. Defendant and court-appointed/retained counsel of record will be **noticed for trial by the District Judge assigned to this case.** The following information is current as of this date:

Defendant:      Address: _____

                     Tel. No: _____

Defense Counsel:   Name  :    AFPD_____

                     Address: _____

                     Tel. No: _____

Bond Set/Continued:     $ STIP PTD

Dated this 25th day of June, 2004.

                CLARENCE MADDOX, CLERK

                BY___Cherle R. Gutierrez_____
                     Deputy Clerk

c:Clerk for Judge
  U.S. Attorney
  Defense Counsel
  Pretrial Services
formarra.ign

TAPE NO. 04FX 54-2211
DIGITAL START NO._____

