UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 04-20322-CR-GOLD



UNITED STATES OF AMERICA

V.

PEDRO MARTINEZ

_____/

### VERDICT

We, the jury, find the defendant PEDRO MARTINEZ:

As to the offense charged:   __X__ GUILTY        _____ NOT GUILTY

SO SAY WE ALL dated 22 day of SEPTEMBER, 2004.

_____
FOREPERSON (signature)

__Charles A. Hill__
FOREPERSON (print name)